IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**FREDRICK T. GOLDEN**                                                       **PLAINTIFF**

v.                                                          No. 4:07CV117-P-A

**CHRISTOPHER EPPS, ET AL.**                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In light of this ruling, the plaintiff's pending motion for appointment of counsel is likewise **DISMISSED** as moot. Finally, as the court considered the plaintiff's amended complaint in its decision, the plaintiff's motion to amend is hereby **GRANTED.**

**SO ORDERED,** this the 17th day of September, 2007.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE